Anderson et al. *v.* Richards et al.

JOHN ANDERSON *et al.*, Appellants, *v.* GEORGE RICHARDS *et al.*, Appellees.

22 217
103a 588

APPEAL FROM HENRY.

Where there is a general demurrer to a declaration containing several counts, some of which are good, the demurrer must be overruled.

THIS was an action of assumpsit. The declaration counted upon a promissory note, and also embraced several common counts. To this declaration the defendants filed a demurrer, which was overruled by the court, DRURY, Judge, presiding. The defendants stood by their demurrer. A judgment was rendered against the defendants below for the sum of $3,064.44.

The causes assigned for supporting the demurrer were principally mistakes in grammar.

W. H. L. WALLACE, and W. SMITH, for Appellants.

B. C. COOK, for Appellees.

BREESE, J. The demurrer was properly overruled, it being to the whole declaration, and the common counts therein being good. The rule is, where there is a general demurrer to a declaration containing several counts, if there be one or more good counts, the demurrer must be overruled. *Cowles* v. *Litchfield*, 2 Scam. R. 356 ; *Young* v. *Campbell*, 5 Gilm. R. 82 ; *Walter* v. *Stephenson*, 14 Ill. R. 77.

15

This being so, the defective special counts are both saved. Besides, "*mala grammatica non vitiat chartam.*" There being no error assigned which we can notice, the judgment of the court below is affirmed.

*Judgment affirmed.*